AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Oklahoma

FILED

NOV 8 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 23 MJ 620 -JFJ |
| | ) | |
| Terrance DuJuan Reed | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ~~on~~ or about February 2022 and in or about August 2023  in the county of _____Tulsa_____  in the
Northern District of Oklahoma, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 2261A(2)(B) and 2261 (b) | Cyberstalking |
| 18 U.S.C. § 1513(b)(2) | Retaliating Against a Witness and Victim |

This criminal complaint is based on these facts:

See Attached Affidavit by Anthony Carachilo, Special Agent, Federal Bureau of Investigation.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent
*Printed name and title*

hy phone. JoJ

Sworn to before me ~~and signed in my presence.~~

Date: ____11/8/23____

_____
*Judge's signature*

City and state:  _____Tulsa, OK_____

United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT
## IN THE NORTHERN DISTRICT OF OKLAHOMA

I, Anthony Carachilo, being first duly sworn under oath, do hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1.      This affidavit is intended for the limited purpose of establishing probable cause in support of a criminal complaint alleging that Terrance DuJuan Reed, DOB xx/xx/1991, SSN xxx-xx-0336, did commit the crimes of 18 U.S.C. § 1513(b)(2)-Threatening to Cause Bodily Injury with Intent to Retaliate Against a Witness, and 18 U. S. C. §§ 2261A(2)(B) and 2261(b)-Cyberstalking.

2.      I am a Special Agent with the Federal Bureau of Investigation and have been since March 2019. I am currently assigned to the Tulsa Resident Agency of the Oklahoma City Division. As a Special Agent with the FBI, I am charged to investigate violations of Federal law to include 18 U.S.C. § 1513(b)(2)-Threatening to Cause Bodily Injury with Intent to Retaliate Against a Witness and 18 U.S.C. §§ 2261A(2)(B) and 2261(b)-Cyberstalking.

3.      The facts in this affidavit come from my personal observations, training and experience, and information obtained from other agencies and witnesses. This affidavit is intended to show merely that there is sufficient

1

probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## SUMMARY OF THE INVESTIGATION

4.      At all times relevant to this affidavit, Terrance DuJuan Reed was an enrolled member by blood of the Muscogee (Creek) Nation.

5.      This incident occurred in Tulsa County, State of Oklahoma, within the bounds of the Muscogee (Creek) Nation Indian Reservation, which is considered Indian Country as defined in 18 U.S.C. Section 1151.

6.      On or about September 14, 2021, a Judgement in a Criminal Case No. 21-CR-131-CVE was filed in the United States District Court for the Northern District of Oklahoma for Terrance DuJuan Reed. Reed was sentenced to 47 months of imprisonment and 3 years supervised release for violating 18 U.S.C. §§ 1151, 1153, and 113(a)(8)-Assault of an Intimate and Dating Partner by Strangling, Suffocating, and Attempting to Strangle and Suffocate in Indian Country. Colleen Labre Shoats was the victim and a witness who provided information to law enforcement and who provided testimony about the incident for which Reed was charged, convicted, and sentenced. Colleen Labre Shoats and Reed have two children together. Since that incident occurred, Colleen Labre Shoats changed her last name to Hutchins, after getting married in 2022.

2

7.   On April 27, 2022, a Final Order of Protection, Case No. PO-2020-513, was filed in the District Court of Tulsa County, State of Oklahoma. Colleen Labre Shoats was noted as the petitioner, and Terrance Dujuan Reed was noted as the defendant.

8.   A Motion to Modify Protective Order and For Continuous Final Protective Order, in the District Court of Tulsa County State of Oklahoma, Case No. PO-2020-513, noted the petitioner as Colleen Labre Shoats and the defendant as Terrance Dujuan Reed. The motion noted the following:

- *The Petitioner was granted a Final Order of Protection for a period of five (5) years against the Defendant by this Court on August 10, 2021. The Final Order of Protection is set to expire on August 10, 2026. There are no upcoming court dates set in this matter.*

- *On the date the Protective Order was granted, Defendant had previously been convicted in Federal Court of Assault of an Intimate Partner by Strangling, Suffocating, and Attempting to Strangle and Suffocate in Indian Country. He was sentenced to 47 months…..*

- *Since the entry of the Final Protective Order, Defendant has been able to send messages to the Petitioner from a cell phone while in federal custody. These messages initially concerned the children only, but quickly escalated to threatening the Petitioner. The Defendant additionally has sent numerous text messages appearing to have entire conversations with*

3

*himself with no response. This has caused the Petitioner to have concerns*
*for Defendant's mental state.*

- *Defendant has also been able to call the children from federal custody,*
*which Petitioner has allowed. During a recent phone call on speaker, he*
*started threatening the Petitioner directly regarding what he will do to*
*her upon his release.*

- *A small portion of Defendant's text messages are attached as Exhibit A.*

9.      The photographs of the text messages displayed in exhibit A of the
Motion described above are displayed below.  The messages that are part of
exhibit A below on page 5 of this affidavit are dated February 9, which would
be for 2022.

4

EXHIBIT A



2:58                                    4G

333

+1 (305) 418-8438

I asked her but she ain't respond.
Just do it. Idgaf they my kids too.

Wed, Feb 9, 1:27 PM

Hey Co what's Piggy's number so I
can write ot down and call him after
school.

918-954-3295

Wed, Feb 9, 5:58 PM

Thanks

Wed, Feb 9, 7:22 PM

A man now that I got a way to get in
touch with my son on a daily basis I
got a few things to say to you lol....
Lol after this you may block me on
his phone but who gives a fuck
cause I'll be home soon and I bet all
that shit will change. So first of all
yes I was fucking around on you... >

Duces bitch lmao

Oh and yo ice head ass cousin Bre
she was the main bitch pulling up
on newton to top a nigga lmao

2:57                                               4G ▪

A man now that I got a way to get in touch...

A man now that I got a way to get in touch with my son on a daily basis I got a few things to say to you lol.... Lol after this you may block me on his phone but who gives a fuck cause I'll be home soon and I bet all that shit will change. So first of all yes I was fucking around on you thats how I know you got that sti from somewhere else cause Allyson was one of the females that I was with fucking at the same time u got that sti and she worked at st Francis with you yeah thats another reason I knew so much lol but I told her, Shantell and Courtney to go get checked out and on hoover crip they were clean and the reason I told them to get checked cause Allyson said that it only shows up in women. And I was with Courtney the night u called being animated lmao but my phone was hooked up through the Bluetooth so sje heard everything lol bro listen I fucked you like the 1st week after we started fucking around lol and one time was in my dusty ass truck lol. I knew you were just a jump off sad to say but fuck it. U just like a undercover jump off but you sexy thats why i knocked you up. And to clear it up bitch you called me back first crying talking bout "so you're getting married" lets fuck lmao and no matter how many bitches I fucked I never ever spoke a bad word about you or even talked about you for that matter lol so the fact that I was the subject with you and the hillbilly I decided to knock you out a few times lmao u know just to see how much cuh really loved you lmao well now every time you think about y'all and that night you can remember the ass whooping you got lol you been fucking as well cause u was fucking when I got locked up lol u just lied on that boy and said he raped you lol u a lame ass bitch for that. That shit coulda got him booked while

2:58                                    .ıl  4G 🔋

**A man now that I got a way to get in touch...**

I decided to knock you out a few times lmao u
know just to see how much cuh really loved you
lmao well now every time you think about y'all and
that night you can remember the ass whooping
you got lol you been fucking as well cause u was
fucking when I got locked up lol u just lied on that
boy and said he raped you lol u a lame ass bitch
for that. That shit coulda got him booked while
you lying and shit. Lol and you gone say that you
saod you didnt wanna "fuck me anymore" lol bitch
you never said that lol but whatever makes you
feel better. Lol so bitch this is whats gone happen
and if you got a problem with it I have a homegirl
who knows you and is willing to meet up and look
at it and my nigga Shaun works with yo ole hillbilly
so if he has a problem we can make something
happen and I'll call my boys off Boo's weak ass lol
he's in protective custody lol scary bitch. But
Saturday Shantell will be taking my babies to take
pics after he goes and sees his horse Punkin will
be with her but she's going to take them and take
piggy to eat and give him his gifts. Idgaf what you
think lol and happy ass beating anniversary lol on
like the 18th or whatever lol you was out there
begging for your life lol and I hope yo cracker ass
baby is slow and deformed lol. And tell yo nigga if
he mad about it then Shaun or my nigga C Moore
is willing to get down until I get out. Lol out there
begging for yo life weak ass bitch and he didn't
even try shit while I was out so he better stay
outta this. And if its a problem this weekend then
when i get out you'll never be able to come to any
of piggys games or nothing cause ima slap tf outta
you

10.     On September 18, 2023, I interviewed Colleen Hutchins (Colleen).

Colleen stated she changed the protective order against Reed from a 5 year to a

7

lifetime protective order. Colleen stated the messages attached to the protective order were sent when Reed was in prison. Colleen did not know if someone sent the messages for Reed.

11.     Tulsa Police Department Officer Alvarado documented interaction with Colleen in Tulsa Police Department Incident Report # 2023040080. On August 18, 2023, Officer Alvarado was dispatched regarding a protective order violation. Upon arrival, officers made contact with the caller, Colleen. Colleen stated that her ex-boyfriend, Terrance Reed, texted her stating their son called him crying because Colleen wouldn't let Reed come over. Colleen stated Reed texted her from 918-633-5942 threatening her and her husband. Colleen stated she blocked that phone number and Reed then texted her through 918-819-2631. Colleen stated Reed said he would kill her and her husband "on Hoover's" which is gang in the Tulsa area. Colleen took screenshots of the text messages sent by Reed and uploaded it to a link given by officers to have on file along with the report. Colleen presented officers with her protective order, and it was confirmed by officers with Tulsa County warrants.

12.     On September 18, 2023, I interviewed Colleen. Colleen stated when Reed and Colleen were in a relationship, Reed would say "Hoover", but she never saw any gang activity. Colleen thought Reed would say that to seem tough.

13.     On September 13, 2023, I requested the body camera, vehicle camera, photographs, reports, and photographs of messages received by the Tulsa

8

Police Department from Colleen Hutchins associated with Tulsa Police Department Incident Report # 2023040080.  On September 21, 2023, the Tulsa Police Department provided me video footage, images, transcripts, and a table of contents associated with Tulsa Police Department Incident Report # 2023040080. Screenshots of the text messages are displayed below:



14.     On or about September 7, 2023, I interviewed Colleen Hutchins. Colleen stated she received messages from Reed when he went to the halfway house. Colleen stated Reed said he meant to kill Colleen the night when he attacked her, the same night associated with the conviction referenced in paragraph 6. Colleen stated Reed also sent Colleen's husband, James Hutchins Junior, messages on Facebook. Colleen stated Reed had a newer Facebook account. Colleen stated Reed threatened to beat Colleen's 1-year-old daughter. Colleen stated James Hutchins is the father of Colleen's 1-year-old daughter.

15.     On September 18, 2023, I interviewed Colleen Hutchins. Colleen received threatening messages this year from Reed after Reed was out of prison on an ankle monitor. Colleen got her son a phone and thought somehow Reed got her number out of her son's phone.  On November 7, 2023, I interviewed Colleen. Colleen stated she believed she was messaged by Reed around the time her son got his phone back. Colleen stated her son's phone was broken, and then her son got the phone back. Colleen stated she believed she was messaged by Reed a day or two after her son got his phone back, but she was not sure.

16.     Colleen stated she looked around and found a probation officer. Colleen said she provided probation all of the messages. She did not think she replied to the messages. Colleen said she did not know for sure if it was Reed sending the messages. Reed communicated with Colleen's husband [James Hutchins] through Facebook. Colleen said Reed was so used to putting her in fear to have her cooperate with him. Colleen said Reed thought he still had

10

control over her. When Colleen received the first message from Reed her stress level was, "Through the roof", and she thought, "[h]ere we go again". Colleen was shown a screenshot of a Facebook page with the display name Tee Reed. Colleen identified the children in the background photograph of the Facebook page as her children. The screenshot of the Facebook page shown to Colleen is displayed below:

11



17.     On November 7, 2023, I interviewed Colleen. Colleen stated

Reed went by the nickname Tee. Reed went by the nickname, Tee, before Reed

had the Facebook page. Colleen stated she thought it was Reed that was messaging her because of the things that he said. There was a message that mentioned Colleen's son crying, and Colleen's son had been crying because he wanted to see his dad.

18.     On or about September 18, 2023, I interviewed James Hutchins. James stated he had contact with Terrance Reed on Facebook.  James stated the messages James received were random and trying to be threatening. James said the messages were about knocking out James' wife [Colleen Hutchins] and Reed trying to fight James. James stated James and Reed did not have contact outside of the Facebook messages. James said he responded to the messages by saying something about getting respect when respect was given. James said he also responded, "Fuck you bitch" to Reed's messages. James stated Reed sent James a random location and told James to meet him there. James said the location was in the middle of a road. James stated he should still have his responses to Reed's messages. James was a registered member of the Cherokee Nation. James was shown several Facebook messages. James identified the messages displayed below as having been sent from Reed:



19.     In the message displayed below the author wrote, "I love you

FatFat". On September 18, 2023, I interviewed Colleen. Colleen stated that

FatFat was a nickname that Reed called Colleen. Colleen stated that just Reed

14

called Colleen FatFat. Colleen also stated her nickname was Coco, and Piggy
was a nickname for Colleen's oldest son.



15



20.     A photograph of the profile page for the Facebook account associated with Facebook ID 100077132389246/Facebook Display Name Tee Reed is displayed below:



17

21.     An enlarged photograph of the profile picture associated with (left) Facebook ID 100077132389246/Facebook Display Name Tee Reed and a driver license photograph of Terrance Reed (right) are displayed below. The profile picture from the Facebook account associated with Facebook ID 100077132389246/Facebook Display Name Tee Reed resembles the driver license photograph of Terrance Reed.



22.     On or about September 7, 2023, Federal Bureau of Investigation Staff Operations Specialist Taylor Reed conducted open-source checks and identified that the profile picture (displayed below left) was associated with the WhatsApp number 1-918-633-5942. 918-633-5942 was one of the telephone

18

numbers Colleen received threatening messages from as noted in paragraph 11. The profile picture associated with the WhatsApp number 1-918-633-5942 (below left) and the profile picture associated with Facebook ID 100077132389246/Facebook Display Name Tee Reed (below right) appear to be the same photograph.



23.     On November 6, 2023, I interviewed United States Probation Officer Ryan Skelton. Skelton stated the victim [Colleen] contacted him. Skelton said the victim sounded desperate. Skelton said the victim contacted local law enforcement and sent Skelton the report number. Skelton gave all that information to BOP [The Federal Bureau of Prisons].

24.     Skelton informed me the telephone number Reed used to communicate with Skelton when Reed was on prerelease was 918-633-5942.

19

This is the same telephone number associated with the WhatsApp account noted in paragraph 22, and the same number Colleen received threatening messages from as noted in paragraph 11. Following the interview, Skelton provided me messages he received from Colleen. Skelton sent me the following messages:



25.     The message below was sent from Colleen to Skelton on or about

August 19, 2023:

21



3:36

347

+1 (918) 819-2631

SMALL. IMA RUN INTO TALL. GOT MY BABY CRYING TO ME ON THE PHONE PLEASE TELL THAT BITCH ASS NIGGA TO PULL UP YALL GOT MY ADDRESS OR ILL SEND IT AGAIN. ITS JUST ME AND MY DAUGHTER HERE ILL CALL ROBERT TO COME GET HER. MAN YOU SLIME BALL ASS BITCH!!!!!! MAN I SWEAR YALL BETTER GET OUTTA TOWN! BECAUSE IF I CANT SEE THEM NO ONE WILL. YEAH IM CRAZY BUT IMA SHOW YOU!!!! DAMN I SHOULD HAVE KILLED YOU LIKE I PLANNED ON DOING WHEN YOU GOT BACK THAT NIGHT BUT MY ANGER MADE ME SNAP AT THE WRONG TIME! FUCK WELL DON'T TRIP I GOT YOU HOMIE!

Today 3:33 AM

Bitch you gotta a nigga to where he can't sleep having fucked up thoughts. It's all good. Let's play these games. Ok bet! My cerfew at 8 today I'ma see my kids watch!!!!! Today is the day!!!!!

The sender is not in your contact list.
Report Junk

Text Message

Cash

22

26.   The message below was sent from Colleen to Skelton on or about

August 21, 2023:



23

27.   On November 7, 2023, I interviewed Monica Bennett. Bennet stated that based on the information provided by Skelton, Reed was immediately removed from home confinement and a pickup order was issued to the United States Marshals for Reed to be brought to Grady County Jail.

28.   Based on my training and experience cellular telephones and Facebook are electronic communication systems of interstate commerce.

29.   In consideration of the foregoing, I believe there is probable cause to believe Terrance Dujuan Reed has violated 18 U.S.C. §1513(b)(2)-Threatening to Cause Bodily Injury with Intent to Retaliate Against a Witness and 18 U.S.C. §§ 2261A(2)(B) and 2261(b)-Cyberstalking. I respectfully request that this court issue a criminal complaint and a warrant for his arrest.

Anthony Carachilo,
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to ~~before me~~ by phone on this __8th__ day of November 2023.

Honorable ~~Christine D. Little~~ Jodi Jayne
United States Magistrate Judge

24